IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                              No. 4:12CR00178 JLH

STEPHANIE SHIELDS

## ORDER

The motion of the United States of America to dismiss the indictment as to Stephanie Shields is GRANTED. Document #12. The indictment now pending against Shields is hereby dismissed.

IT IS SO ORDERED this 9th day of September, 2013.

*[signature: J. Leon Holmes]*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE